

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*      Main: (856) 757-5105
*P.O. Box 2098*                      Direct: (856) 757-5031
*Camden, NJ 08101*                   sarina.kaplan@usdoj.gov

May 23, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

> Re:   *Khotra v. Tsoukaris, et. al.*, No. 26-cv-1147 (MCA)
>        **Update re Petitioner's Release**

Dear Judge Arleo:

    This Office represents Respondents in the above-referenced habeas matter. As an update to this Office's prior letter to the Court, ECF No. 8, Respondents respectfully write to advise the Court of a correction to the reported time of Petitioner's release. ICE has advised that Petitioner was released from ICE custody on May 22, 2026, at 10:30 p.m., in accordance with the Court's Order, ECF No. 7.

    Thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Sarina Kaplan*
SARINA KAPLAN
Assistant United States Attorney
*Attorneys for Respondents*

cc:   All counsel of record (*via ECF*)

Ordered case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/29/26